UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREA GODDARD ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AMERICAN EXPRESS COMPANY ) <br> & ) <br> ) <br> AEGIS RECEIVABLES ) <br> MANAGEMENT, INC. ) <br> & ) <br> ) <br> WAGNER & HUNT, P.A. ) <br> ) <br> Defendants ) | Case Number: 11-cv-2105 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Andrea Goddard, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

                BY: /s/  Bruce K. Warren
                    Bruce K. Warren, Esquire
                    Attorney for Plaintiff
                    Warren & Vullings, LLP
                    93 Old York Road
                    Jenkintown, PA  19046
                    215-745-9800