UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREA GODDARD,

                Plaintiff,

-v-

AMERICAN EXPRESS CO., *et al.*,

                Defendants.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/11
```

No. 11 Civ. 2105 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court received a phone call from Plaintiff on May 19, 2011, reporting that this matter has been settled. Accordingly, IT IS HEREBY ORDERED that this case is dismissed with prejudice but without costs. However, within thirty (30) days of the date of this Order, any party may apply by letter to restore this action to the calendar of the undersigned. Upon receipt of such a letter, this action will be restored.

SO ORDERED.

Dated:    May 19, 2011
             New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE